UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Kelli Litchfield Felty,<br><br>        Plaintiff,<br><br>v.<br><br>Carolyn W. Colvin,<br>Commissioner of Social Security,<br><br>        Defendant. | C/A No.: 4:13-1782-JFA<br><br>ORDER ON MOTION<br>FOR ATTORNEY FEES |

This matter is before the court upon motion of plaintiff's counsel, Todd J. Johnson, for attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The Commissioner has responded that she does not object to the plaintiff's motion for fees in the amount of $5,445 and costs in the amount of $400.

Upon review of the material submitted to the court and finding the fees to be reasonable, the plaintiff's motion for attorney fees (ECF No. 23) is granted. The Commissioner shall pay the plaintiff attorney fees in the amount of $5,445 (representing 30.25 hours at $180 per hour).[1]

Payment of the fees and expenses noted herein shall constitute a complete release from and bar to any and all claims plaintiff may have relating to EAJA fees in connection with this action. This award is without prejudice to the right of plaintiff to seek attorney fees

---

[1] Costs are paid from the Judgment Fund, rather than from agency funds. *See* 31 U.S.C. § 1304, 28 U.S.C. § 2412(c), 2444.

1

under Section 206(b) of the Social Security Act, subject to the offset provisions of the EAJA. Further, the award of fees shall be made payable to the plaintiff. *See Astrue v. Ratliff,* 560 U.S. 586, 596–98 (2010).

    IT IS SO ORDERED.

September 30, 2014　　　　　　　　　　Joseph F. Anderson, Jr.
Columbia, South Carolina　　　　　　　United States District Judge